# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| FRANCISCO MURO § | |
| § | Civil Action No. 4:17-CV-571 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| HDR TRUCKING INC., DAVID HORAN § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 24, 2017, the report of the Magistrate Judge (Dkt. #11) was entered containing proposed findings of fact and recommendations that Plaintiff Francisco Muro's Unopposed Motion to Remand (Dkt. #9) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff Francisco Muro's Unopposed Motion to Remand (Dkt. #9) is **GRANTED**, and this case is hereby **REMANDED** to the 62nd Judicial District Court, Hopkins County, Texas for further proceedings.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 12th day of September, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE