UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



62nd Judicial District Court
Hopkins County Courthouse
118 Church Street
Sulphur Springs, TX 75482

Re: 4:17cv571   Francisco Muro v HDR Trucking Inc., et al

Dear Sir/Madam:

Pursuant to Order Remanding the above entitled cause of action to your District, we are transmitting a certified copy of the Order of Remand and docket sheet.

We would appreciate your acknowledging receipt of these documents on the copy of this letter and returning it to this office in the self addressed stamped envelope provided.

Yours very truly,

DAVID A. O'TOOLE

By [signature]


Enclosure

Received items described above on this date ___1-16-18___ and assigned Case Number
___CV43369___.

Clerk,

By [signature]
District Clerk